```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
MAIROBY HERNANDEZ, *Individually and on Behalf* :
*of All others Similarly Situated*, :
: 1:22-cv-10762-GHW
Plaintiff, :
: ORDER
-v - :
:
ROODLE, LLC, :
:
Defendant. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The joint letter and proposed case management plan submitted by the parties on April 14, 2023, were both signed by counsel for defendant. Dkt. Nos. 8, 8-1. However, counsel for defendant has not filed a notice of appearance. The Court directs counsel for defendant to file a notice of appearance without delay.

The initial pretrial conference scheduled for April 21, 2023, will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

In addition, the Court directs the parties to submit an editable version of their proposed case management plan to chambers via email (WoodsNYSDChambers@nysd.uscourts.gov) in advance of the April 21, 2023 conference.

Plaintiff's counsel is directed to serve a copy of this order on Defendant and retain proof of service.

SO ORDERED.

Dated: April 19, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge